IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICKALE HABTMORYAM, A# 221-347-162                           PETITIONER

v.                                           CIVIL NO. 5:26-cv-361-DCB-BWR


WARDEN RAFAEL VERGARA                                        RESPONDENT

## ORDER

This matter is before the Court on pro se Petitioner Mickale Habtmoryam's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee housed at the Adams County Correctional Center in Natchez,

Mississippi.  After initial review of Petitioner's filings, the Court finds that the Respondent

shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall file with his or her answer or other responsive pleading any

agency records or court records relevant to the disposition of this cause.   If Petitioner

desires to file a rebuttal, he may do so within fourteen days after Respondent files an

answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a

copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process

Clerk of the Office of the United States Attorney for the Southern District of Mississippi,

501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United

States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C.

---

[1] Petitioner paid the filing fee.

20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 20th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE